**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                 CASE NO. 8:06-CR-186-T-17-MAP

MARK FOWLER
_____/

### ORDER

This cause comes before the Court on the defendant's motion for new trial (Docket No. 132) and response from the government (Docket No. 134). The Court has also considered the trial proceedings. The Court finds the response of the government and the trial proceedings persuasive and incorporates the government's response herein. Accordingly, it is.

**ORDERED** that defendant's motion for new trial (Docket No. 132) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 28th day of August, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record