UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK FOWLER,

    Defendant.

CASE NO. 8:06-cr-186-T-17MAP

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for the following weapons and ammunition:

    a.    One .Smith & Wesson .38 caliber handgun;

    b.    One Interarms 9 millimeter sem-automatic handgun; and

    c.    One bag of ammunition.

1.    On October 31, 2008, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 138), forfeiting to the United States of America all right, title, and interest of defendant Mark Fowler in the weapons and ammunition listed above.

2.    In accordance with the provisions of 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States published notice of the forfeiture, and of its intent to dispose of the weapons and ammunition, on the official government

website, www.forfeiture.gov, from November 4, 2008 to December 3, 2008. (Doc. 149). The publication gave notice to all third parties with a legal interest in the weapons and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

3. No persons or entities, other than the defendant Mark Fowler, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the weapons and ammunition. To date, no third party, has filed a Petition to Adjudicate Interest in the weapons and ammunition to date, and the time for filing such Petition has expired.

4. The Court finds that the weapons and ammunition are the property of defendant Mark Fowler.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the following weapons and ammunition are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for disposition according to law:

a.   One .Smith & Wesson .38 caliber handgun;

   b.   One Interarms 9 millimeter sem-automatic handgun; and

   c.   One bag of ammunition.

Clear title to the weapons and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23RD day of JAN., 2009.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:   Adelaide G. Few, AUSA
             Attorneys of Record